■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE BANKS, Appellant. [623 NYS2d 165] —Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered March 1, 1993, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Upon reviewing the record and brief submitted by defense counsel, we agree that there are no nonfrivolous issues that could be raised on appeal. Accordingly, the judgment should be affirmed and counsel's application for leave to withdraw granted.

Mikoll, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ In the Matter of HAROLD MASSEY, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. [622 NYS2d 622] —Appeal from a judgment of the Supreme Court (Lewis, J.), entered June 4, 1993 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Correctional Services denying petitioner's grievance.

Petitioner, a prison inmate, challenges a policy instituted by respondents in connection with an inmate "call home" program. Under this policy, inmates are limited to a total of 15 persons with whom they may communicate by telephone, whose names must be on an approved list. Contrary to petitioner's assertions, this policy does not violate his constitutional right to free speech or contravene respondents' own regulations.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.